**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1668

DANIEL JOHNSON WILLIS,

Plaintiff - Appellant,

v.

J. ERIC BOYETTE, Secretary; NORTH CAROLINA DEPARTMENT OF
TRANSPORTATION; TOWN OF TRENTON, NORTH CAROLINA; DARLENE
SPIVEY, Mayor,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Greenville. Richard E. Myers, II, Chief District Judge. (4:21-mc-00003-M)

Submitted: January 17, 2023                                    Decided: January 19, 2023

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daniel Johnson Willis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Johnson Willis appeals the district court's order accepting the magistrate judge's recommendation and denying Willis' motions for leave to file a civil action and to proceed in forma pauperis.  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's order.  *Willis v. Spivey*, 4:21-mc-00003-M (E.D.N.C. May 6, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*